# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA MURGUIA,<br>    Plaintiff,<br><br>             v.<br><br>JACQUELYN HERNANDEZ, et al.,<br>    Defendants. | CV 19-10531 DSF (AGRx)<br><br>Order Remanding Case to State Court |

   Defendant Jacquelyn Hernandez removed this case from state court on the basis of both diversity and federal question jurisdiction. There is no diversity jurisdiction. It is apparent from the face of the complaint that Plaintiff and at least one of the Defendants are California citizens. There are also no federal claims pleaded in the complaint, and federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.

Date: December 27, 2019

_____
Dale S. Fischer
United States District Judge